**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER F. STEBBINS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of the Social<br>Security Administration,<br><br>                    Defendant. | Case No. SACV 14-1309 SS<br><br><br>**JUDGMENT** |

     IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further proceedings consistent with the Court's Memorandum Decision and Order.


DATED:  July 13, 2015


                                        _____/S/_____
                                        SUZANNE H. SEGAL
                                        UNITED STATES MAGISTRATE JUDGE