Shanny J. Lee Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868-3504
Phone (714) 564-8644
Fax   (714) 940-0311
Email: shanny.lee@binderlawfirm.com
Attorneys for Plaintiff Roger F Stebbins

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER F. STEBBINS, | No. CV 14-01309-SS |
| Plaintiff, | **ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND dollars and 00/CENTS ($4,000.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED dollars and 00/CENTS ($400.00), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel pursuant to the parties' Stipulation for the Award and Payment of EAJA Fees and costs.

Dated:  10/15/15                              /S/
                                       SUZANNE H. SEGAL
                                       UNITED STATES MAGISTRATE JUDGE